

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00468-CV

**IN THE INTEREST OF U.U.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22208
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

   In accordance with this court's opinion of this date, the trial court's default order is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against appellee.

   SIGNED March 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice